UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stefon Donta Robinson                                  Docket No. 7:11-CR-7-1FL

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stefon Donta Robinson, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. § 841(a)(1), and Possession with the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 28, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On October 16, 2012, pursuant to 18 U.S.C. § 3742(f)(1) and (2), the defendant's sentence was reduced to 90 months.

On November 1, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 86 months.

Stefon Donta Robinson was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 18, 2016, the defendant submitted to a urinalysis screening which was confirmed as positive for cocaine by Alere Laboratories on May 28, 2016. The defendant admitted to using cocaine approximately three days prior to this test and signed an admission form to that fact. As the defendant has already entered into outpatient substance abuse treatment, he will remain in counseling. It is also noted that as he is participating in the Surprise Urinalysis Program, his testing level was increased to the highest level.

As a sanction for the violation conduct, the probation officer recommends that the defendant be placed in the DROPS Program, beginning at the second use level, and that he be confined to the Bureau of Prisons for two days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Stefon Donta Robinson
Docket No. 7:11-CR-7-1FL
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: June 10, 2016

### ORDER OF THE COURT

Considered and ordered this 14th day of June, 2016, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge